**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

***U.S.A. v. BRUCE E. CROSS***

Case No.  3:09-cr-0002 TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Defendant's Motion to Suppress Stop and Search of Vehicle (Docket No. 16), in conjunction with the parties' Objections and Responses (Docket Nos. 36 & 37), and the Magistrate's Final Report and Recommendation, (Docket 38), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently,  Defendant's Motion to Suppress Stop and Search of Vehicle, (Docket 16), is **DENIED**.

   **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 20, 2009